**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00524-CR

## EX PARTE JESUS MARTIN RUVALCABA

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1776470**

## MEMORANDUM OPINION

Appellant, Jesus Martin Ruvalcaba, has signed and filed a motion for voluntary dismissal of his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

Do Not Publish – Tex. R. App. P. 47.2(b)